No. 00–7519. CLARK v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied. 

No. 00–7520. COOK v. ALAMEIDA, WARDEN. C. A. 9th Cir.
Certiorari denied. 

No. 00–7521. ALIWOLI v. CARTER, WARDEN. C. A. 7th Cir.
Certiorari denied. 

No. 00–7524. BARON-MEDINA v. UNITED STATES. C. A. 9th
Cir. Certiorari denied. 

No. 00–7525. BEST v. CAFE BRAVO. C. A. 2d Cir. Certiorari
denied. 

No. 00–7526. PALERMO v. OLIVAREZ, WARDEN, ET AL. C. A.
9th Cir. Certiorari denied. 

No. 00–7528. BOULINEAU v. TRIPP ET AL. C. A. 11th Cir.
Certiorari denied.

No. 00–7529. BOLLING v. CONROY, WARDEN. C. A. 4th Cir.
Certiorari denied. 

No. 00–7530. ALCAZAR v. ILLINOIS. App. Ct. Ill., 4th Dist.
Certiorari denied.

No. 00–7531. JENKINS v. UNITED STATES. C. A. 4th Cir.
Certiorari denied. 

No. 00–7532. JACKSON ET AL. v. UNITED STATES. C. A. 4th
Cir. Certiorari denied. 

No. 00–7534. STEEN v. NORTH CAROLINA. Sup. Ct. N. C.
Certiorari denied. 

No. 00–7535. SMITH v. OHIO. Sup. Ct. Ohio. Certiorari de-
nied. 

No. 00–7536. REAMS v. UNITED STATES. C. A. 4th Cir. Cer-
tiorari denied. 

No. 00–7539. SLATER v. GENERAL SERVICES ADMINISTRATION.
C. A. Fed. Cir. Certiorari denied. 
██